UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-80846-CV-MARRA

FREDY JONATHAN SALGADO,
Individually,

       Plaintiff,

vs.

FLORIDA VALET PARKING SERVICE,
INC., a Florida corporation a/k/a
FLORIDA VALET PARKING SERVICE.
COM; STATEWIDE VALET PARKING
SERVICES, INC. d/b/a FLORIDA VALET
PARKING SERVICE, a Florida corporation;
and DIAMOND VALET PARKING, INC.
d/b/a FLORIDA VALET PARKING a/k/a
FLORIDA VALET PARKING INC., a Florida
Corporation, JOHN P. KAVEKOS, individually,
JOHN BELLINATO, JR., individually; and
JAVIER ENRIQUE REYNOSO, individually.

       Defendants.
_____/

## VERDICT
**Do you find from a preponderance of the evidence:**

### Overtime Wage Claim

1. That the Plaintiff was exempt from the Fair Labor Standards Act as an "administrative'" or "executive" employee?  Answer Yes or No __No__

    [Note: If you answered Yes to the preceding question you need not answer the remaining questions. Your verdict is for the Defendants.]

2. That any of the Defendants named below is individually liable as an employer of the Plaintiff:

    a. JOHN P. KAVEKOS            Answer Yes or No __No__

    b. JOHN BELLINATO, JR        Answer Yes or No __Yes__

    c. JAVIER ENRIQUE REYNOSO   Answer Yes or No __Yes__

[Note: Please answer Question No. 3.]

3. That the any of Defendants either knew or showed reckless disregard for whether the FLSA prohibited his or its conduct?

                                                Answer Yes or No __Yes__

**Damages**

4. That the Plaintiff should be awarded damages for unpaid overtime for violation of the FLSA?

                                                Answer Yes or No __Yes__

If your answer is "Yes," in what amount $ __22,753.75__

SO SAY WE ALL, this __2nd__ day of __July__, 2015.

_____            _____
JURY FOREPERSON SIGNATURE     JURY FOREPERSON PRINT NAME